UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DELORES METCALF, | CIV. NO. 2:16-01672 WBS AC |
| Plaintiff, | |
| v. | ORDER OF RECUSAL |
| AT&T CORP. and DOES 1-10, inclusive, | |
| Defendant. | |

----oo0oo----

Pursuant to 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in AT&T.

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

Dated:  August 11, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1