NIKI B. OKCU (Bar No. 229345)
AT&T SERVICES, INC.  – LEGAL DEPT.
430 Bush Street, 3rd Floor
San Francisco, California  94108
Telephone: 925.543.1545
Email: Niki.Okcu@att.com

Attorneys for Defendant AT&T Corp.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| DELORES METCALF,<br><br>                    Plaintiff,<br><br>          v.<br><br>AT&T CORP.,<br><br>                    Defendant. | CASE NO.  2:16-CV-01672-WBS-AC<br><br>**STIPULATION AND  ORDER FOR AMENDMENT TO COMPLAINT TO ADD NEW CINGULAR WIRELESS PCS, LLC dba AT&T MOBILITY AS A DEFENDANT AND FOR DISMISSAL OF AT&T CORP.**<br><br>Complaint Filed: July 20, 2016 |

#699390

IT IS HEREBY STIPULATED by and between Plaintiff Delores Metcalf and Defendant AT&T Corp. and through their respective attorneys of record that pursuant to Federal Rules of Civil Procedure Rule 15(a)(2), New Cingular Wireless PCS, LLC dba AT&T Mobility will be added to the Complaint as a defendant in this matter.  It is further stipulated between the parties that Defendant AT&T Corp. will be dismissed from the action without prejudice.  The undersigned counsel for AT&T Corp. will accept service of the Complaint on behalf of New Cingular Wireless PCS, LLC dba AT&T Mobility.

Respectfully Submitted,

Dated: December 1, 2016                    LAW OFFICES OF STEVEN GIMBLIN


By:    */s/ Steven Gimblin*
       Steven Gimblin
       Attorneys for Plaintiff Delores Metcalf


Dated: December 1, 2016                    AT&T SERVICES INC. - LEGAL DEPT.


By:    */s/ Niki Okcu*
       Niki Okcu
       Attorneys for Defendant AT&T Corp.

1

**ORDER**

2        Having considered the Stipulation and for good cause appearing, IT IS HEREBY

3    ORDERED New Cingular Wireless PCS, LLC dba AT&T Mobility will be added to the

4    Complaint as a defendant in this matter.  It is further ORDERED that Defendant AT&T Corp. will

5    be dismissed from the action without prejudice.  The undersigned counsel for AT&T Corp. will

6    accept service of the Complaint on behalf of New Cingular Wireless PCS, LLC dba AT&T

7    Mobility, which will be deemed served at the time of entry of this Order.

8

9    **IT IS SO ORDERED**

10

11     Dated: December 7, 2016.

12

13                                                  /s/ Leslie E. Kobayashi
                                                                          Leslie E. Kobayashi
14                                                                        United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28