# MINUTES

CASE NUMBER: 2:16-cv-01672-LEK (USDC, Eastern District of California)

CASE NAME: Delores Metcalf vs. New Cingular Wireless PCS, LLC, dba AT&T Mobility

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi  REPORTER:

DATE: 1/10/2018  TIME:

COURT ACTION: EO: Final Pretrial Conference set for 8/27/2018 at 01:30 PM (Hawaii time) before Judge Leslie E. Kobayashi is moved up to 8/20/2018 at 01:30 PM (Hawaii time).

Submitted by: Warren N. Nakamura, Courtroom Manager